UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JUN 25 2013
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC. and KBI-E INC.,

Plaintiffs and Counterclaim-Defendants,

v.

MYLAN LABORATORIES LIMITED and MYLAN INC.,

Defendants and Counterclaim-Plaintiffs.

Civil Action No. 3:12-cv-01378-JAP-TJB

Judge Joel A. Pisano
Magistrate Judge Tonianne J. Bongiovanni

**ORDER**

**THIS MATTER** having come before the Court for a telephone conference on June 19, 2013; and the Court having considered the pleadings and the status of this matter;

IT IS on this _25_ day of _June_, 2013,

**ORDERED** that all proceedings in this matter be and the same are hereby stayed for sixty (60) days, and accordingly, all existing schedules and deadlines be and the same are hereby stayed, pending further Order of the Court; and it is further

**ORDERED** that the parties shall provide this Court with a status update regarding this matter in a telephone conference scheduled for August 22, 2013 at 11:00 a.m. (Plaintiffs to initiate call); and it is further

ORDERED that the pending Motions are hereby administratively terminated. If necessary they shall be reinstated after the aforementioned telephone conference.

_____
HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE