UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

June 25, 2015

**LETTER ORDER**

Re:   **AstraZeneca AB, et al. v. Mylan Laboratories Limited, et al.**
      **Civil Action No. 12-1378 (MLC)**

Dear Counsel:

During the course of this litigation the Court has discussed with the parties the possibility of Defendants pursuing an at risk launch.  The Court is aware that Defendants will be eligible for final FDA approval of their generic drug on August 3, 2015.  While Defendants have not informed the Court that they definitively intend to pursue an at risk launch, the Court is aware that there will be no impediments to them doing so come August.  As a result, in order to afford the parties a reasonable opportunity to brief a preliminary injunction motion and in order to afford the District Court a fair opportunity to consider same, the Court sets the following briefing schedule:

| Date | Event |
| --- | --- |
| July 9, 2015 | AstraZeneca moves for preliminary injunction |
| July 20, 2015 | Defendants oppose AstraZeneca's motion |
| July 24, 2015 | AstraZeneca replies to Defendants' opposition |
| TBD | Oral argument (if required) |
| August 3, 2015 | Defendants' eligibility for final FDA approval |

To the extent the Court can assist the parities in avoiding the aforementioned motion practice, they are directed to contact the undersigned immediately.

       **IT IS SO ORDERED.**

                                         s/ Tonianne J. Bongiovanni  
                                      **TONIANNE J. BONGIOVANNI**  
                                      **United States Magistrate Judge**