UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

SEP 2 8 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

ASTRAZENECA AB,
AKTIEBOLAGET HASSLE,
ASTRAZENECA LP, and
ZENECA INC.,

               **Plaintiffs and
               Counterclaim-Defendants,**

        v.

MYLAN LABORATORIES LIMITED and
MYLAN INC.,

               **Defendants and
               Counterclaim-Plaintiffs.**

Civil Action No. 3:12-cv-01378-MLC-TJB

Judge Mary L. Cooper
Magistrate Judge Tonianne J. Bongiovanni

*Document Filed Electronically*

## SCHEDULING ORDER

     **THIS MATTER** having been opened to the Court by counsel for Plaintiffs AstraZeneca

AB, AktieBolaget Hassle, AstraZeneca LP, and Zeneca Inc. (collectively "AstraZeneca") and

counsel for Defendants Mylan Laboratories Limited and Mylan Inc. (collectively "Mylan") for

the entry of a revised scheduling order in the above matter; and the parties having previously met

and conferred on a proposed schedule and agreed on some dates but differed on others; and on

September 2, 2015, the parties having each submitted scheduling proposals to the Court and

having provided the legal and practical bases for their respective proposals; and the Court having

fully reviewed and considered the parties' submissions and arguments; and the Court having

considered the status of these proceedings and the pleadings herein, and having concluded that

the proposal submitted by Mylan would be more consistent than AstraZeneca's proposed

schedule in consideration of the present status of these proceedings and the remaining pretrial matters that must be concluded herein, and in further consideration of the practical realities of this case as determined by this Court in its discretion; and for other and good cause having been shown;

**IT IS** on this _____ day of _____, 2015, hereby

**ORDERED** that the following schedule shall govern the above action:

| Event | Date |
|---|---|
| AstraZeneca identifies asserted claims | September 1, 2015 |
| Each party to identify any term for which it believes claim construction is necessary, along with the proposed construction for each such term | September 8, 2015 |
| Joint claim construction and prehearing statement | September 15, 2015 |
| Opening claim construction briefs and supporting declarations | October 2, 2015 |
| Parties' completion of expert discovery related to opening *Markman* submissions | November 2, 2015 |
| Responsive claim construction briefs and supporting declarations | December 4, 2015 |
| Deadline to propose schedule for claim construction hearing | December 15, 2015 |
| Telephone conference | December 16, 2015 at 10:00 am, or earlier by request of the parties. Defendants to circulate dial-in information. |
| *Markman* hearing | TBD |
| Completion of depositions in India and willfulness discovery | December 18, 2015 |
| Update liability contentions | 10 days after *Markman* opinion |
| Expert reports for which a party bears the burden of proof | 30 days after *Markman* opinion |
| Responsive expert reports | 30 days after opening reports |

| Event | Date |
|---|---|
| Reply expert reports | 14 days after responsive reports |
| Close of expert discovery | 21 days after reply reports |
| Dispositive motions (if any) to be filed no later than this date | 21 days after close of expert discovery |
| Final pretrial conference | TBD |
| Trial on liability and willfulness | April/May 2016 or at Court's convenience |
| — Contingent on determination of liability at trial — | |
| Damages contentions | 30 days after liability decision |
| Completion of damages fact discovery | 120 days after damages contentions |
| Completion of damages expert discovery | 120 days after completion of damages fact discovery |
| Final pretrial conference | TBD |
| Damages trial | February/March 2017 or at Court's convenience |

*Telephone Conference to be Initiated by Plaintiff*

*November 10, 2015 at 10 AM*

**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**